AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Marilyn Wall &
Leonard H. Fremont

**SUMMONS IN A CIVIL CASE**

V.

Gale Norton, in her official capacity as
Secretary of the Interior.

CASE NUMBER  1:05CV01363

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/08/2005

TO: (Name and address of Defendant)

Gale Norton, in her official capacity as
Secretary of the Interior.
1849 C Street N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Office Of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 07 2005

CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT)  Beth Perkins | TITLE  legal assistant |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify):  certified mail return reciept

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/05
                    Date                                    Signature of Server

433 Chestnut St Berea KY 40403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.