UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br>   Plaintiffs, <br> v. <br> GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, <br>   1849 C Street, N.W. <br>   Washington, D.C. 20240 <br>   Defendant. | Civ. No. 05-01363-RCL |

**MOTION TO EXTEND TIME TO ANSWER**

Defendant, Gale Norton, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, by and through undersigned counsel, hereby moves the Court for an extension of time to file the answer in this case to October 4, 2005. In support of this motion, Defendant states as follows:

1. Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on July 22, 2005. Defendant's answer is thus due to be filed by September 20, 2005.

2. Due to scheduling and coordination issues between and among the relevant personnel within the United States Department of the Interior, Defendant has not yet been able to complete the answer, and it is not presently anticipated that the answer can be completed by September 30, 2005.

3. Accordingly, Defendant seeks a two week extension of time to answer or otherwise plead -- until October 4, 2005. In addition, this extension of time is requested to allow the parties an opportunity to explore the possibility of settlement.

4. Pursuant to LCvR 7(m), Defendant's counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion.

5. There have been no previous extensions sought or received in this case.

Respectfully submitted,

Dated: September 15, 2005

KELLY A. JOHNSON, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division


      /s/
_____
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275

Attorneys for Defendant