UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-01363-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Motion to Extend Time to Answer, that motion is GRANTED, and it is hereby ORDERED that Defendants are granted an extension of time, until October 4, 2005, to answer or otherwise plead.

IT IS SO ORDERED,

_____          _____
DATED                                                    ROYCE C. LAMBERTH
                                                         UNITED STATES DISTRICT JUDGE

<u>Attorneys Entitled to be Notified of Entry of Order Granting Motion to Extend Time to Answer:</u>

| | |
|---|---|
| JOSEPH H. KIM, Trial Attorney <br> United States Department of Justice <br> Environment and Natural Resources Division <br> Wildlife and Marine Resources Section <br> Benjamin Franklin Station, P.O. Box 7369 <br> Washington, D.C. 20044-7369 <br> Telephone: (202) 305-0207 <br> Facsimile: (202) 305-0275 <br> e-mail: joseph.kim@usdoj.gov | ROBERT UKEILEY <br> Law Office of Robert Ukeiley <br> 433 Chestnut Street <br> Berea, Kentucky 40403 <br> Telephone: (859) 986-5402 <br> Facsimile: (859) 986-1299 <br> e-mail: rukeiley@igc.org |