UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br> <br>       Plaintiffs, <br> <br>       v. <br> <br> GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, <br> <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civ. No. 05-01363-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FEDERAL DEFENDANT'S NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

      On behalf of the Federal Defendant, Gale Norton, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, the United States enters the appearance of Joseph H. Kim, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Kim.

Dated: September 15, 2005   Respectfully submitted,

                                KELLY A. JOHNSON, Acting Assistant Attorney General
                                United States Department of Justice
                                Environment and Natural Resources Division

                                  s/ Jean E. Williams
                                _____
                                JEAN E. WILLIAMS, Section Chief
                                LISA L. RUSSELL, Assistant Section Chief
                                JAMES A. MAYSONETT, Trial Attorney
                                United States Department of Justice
                                Environment and Natural Resources Division
                                Wildlife and Marine Resources Section
                                Benjamin Franklin Station, P.O. Box 7397
                                Washington, D.C. 20044-7397
                                Telephone: (202) 305-0216
                                Facsimile: (202) 305-0275
                                Attorneys for Federal Defendant