UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN WALL**, *et al.*,  ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1363 (RCL) |
| ) | |
| **GALE NORTON, sued in her official** ) | |
| **capacity as Secretary of the Interior,** ) | |
| **United States Department of the Interior,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion [5] to Extend Time to Answer, it is hereby

ORDERED that Defendant's Unopposed Motion [5] to Extend Time to Answer is GRANTED, and it is hereby

FURTHER ORDERED that Defendant shall answer or otherwise respond to the complaint by October 4, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 16, 2005.