UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and<br>LEONARD H. FREMONT,<br><br>           Plaintiffs,<br><br>       v.<br><br>GALE NORTON, sued in her official<br>capacity as Secretary of the Interior, United<br>States Department of the Interior,<br>       1849 C Street, N.W.<br>       Washington, D.C. 20240<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-01363-RCL |

## SECOND MOTION TO EXTEND TIME TO ANSWER

Defendant, Gale Norton, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, by and through counsel, hereby moves the Court for an extension of time to file the answer in this case to October 18, 2005. In support of this motion, Defendant states as follows:

1.      Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on July 22, 2005. Defendant's answer was thus due to be filed by September 20, 2005.

2.      Defendant initially sought and received an unopposed extension of time of two weeks, until October 4, 2005, to allow for scheduling and coordination between and among counsel and the relevant personnel within the United States Department of the Interior.

3.      During that two week period, counsel for Defendant and counsel for Plaintiffs have begun to explore the possibility of settlement. At this stage, it is not yet possible to determine how probable settlement may be. Nonetheless, there currently appears to be enough of a possibility of

settlement that Defendant would prefer to direct her energies towards attempting settlement rather than answer the Complaint.

4.    Pursuant to LCvR 7(m), Defendant's counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this motion.  This two week extension of time is anticipated to allow the parties time to further explore settlement possibilities.  By that time, it is currently anticipated that the parties should then be far enough along in their settlement discussions that the parties would then either jointly seek a longer extension and/or stay to allow settlement to proceed towards finalization, or the parties would then realize that settlement was unlikely and Defendant would then proceed to answer or otherwise plead and the case could then progress.

5.    Accordingly, Defendant seeks a two week extension of time to answer or otherwise plead -- until October 18, 2005.

Respectfully submitted,

Dated: October 4, 2005

KELLY A. JOHNSON, Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/
_____
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
JOSEPH H. KIM, Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275

Attorneys for Defendant

2