UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN WALL and                           )
LEONARD H. FREMONT,                        )
                                           )
          Plaintiffs,                      )
                                           )
     v.                                    )     Civ. No. 05-01363-RCL
                                           )
GALE NORTON, sued in her official          )
capacity as Secretary of the Interior, United )
States Department of the Interior,         )
                                           )
          Defendant.                       )
                                           )

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Second Motion to Extend

Time to Answer, that motion is GRANTED, and it is hereby ORDERED that Defendants are

granted an extension of time, until October 18, 2005, to answer or otherwise plead.

IT IS SO ORDERED,


_____          _____
DATED                             ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE

Attorneys Entitled to be Notified of Entry of Order Granting Motion to Extend Time to Answer:

JOSEPH H. KIM, Trial Attorney               ROBERT UKEILEY
United States Department of Justice         Law Office of Robert Ukeiley
Environment and Natural Resources Division  433 Chestnut Street
Wildlife and Marine Resources Section       Berea, Kentucky 40403
Benjamin Franklin Station, P.O. Box 7369    Telephone: (859) 986-5402
Washington, D.C. 20044-7369                 Facsimile: (859) 986-1299
Telephone: (202) 305-0207                   e-mail: rukeiley@igc.org
Facsimile: (202) 305-0275
e-mail: joseph.kim@usdoj.gov