UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARILYN WALL**, *et al.*, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>     v. ) <br> ) <br> **GALE NORTON**, sued in her official ) <br> capacity as Secretary of the Interior, ) <br> United States Department of the Interior, ) <br> ) <br>     **Defendant.** ) <br> ) | Civil Action No. 05-1363 (RCL) |

**ORDER**

This matter having come before the Court on Defendant's Second Unopposed Motion [8] to Extend Time to Answer, it is hereby

ORDERED that Defendant's Second Unopposed Motion [8] to Extend Time to Answer is GRANTED; and it is

FURTHER ORDERED that Defendant shall answer or otherwise plead by October 18, 2005.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 4, 2005.