**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARILYN WALL,** *et al.*,          ) | |
|          ) | |
|     **Plaintiffs,**          ) | |
|          ) | |
|     **v.**          ) | **Civil Action No. 05-1363 (RCL)** |
|          ) | |
| **GALE NORTON, sued in her official**    ) | |
| **capacity as Secretary of the Interior,**   ) | |
| **United States Department of the Interior,** ) | |
|          ) | |
|     **Defendant.**          ) | |
|          ) | |

## ORDER

Defendant Gale Norton, Secretary of the Interior, United States Department of the

Interior, has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within

fifteen (15) days of this date between plaintiffs and defendants.  Within ten (10) days thereafter, a

report shall be filed with the Court, along with a proposed scheduling order.  The Proposed

Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or

Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, October 19, 2005.