UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )Civil Action No. 1: 05cv01363 (RCL) |
| GALE NORTON, sued in her official capacity as Secretary of the Interior, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter having come before the Court on the Parties' Joint Report [ ], it is hereby ORDERED that:

1)   Pleadings may be amended and other parties joined up until 30 days after the Defendant files the Administrative Record.[1]

[PLAINTIFFS PROPOSE THE FOLLOWING ITEM #2: DEFENDANT OBJECTS FOR THE REASONS STATED IN THE JOINT REPORT]

2)   Defendant shall directly admitted or denied the allegations in the second and third sentence of paragraph 27 and all of paragraph 28 of the Complaint by either filing a stipulation or an Amended Answer within 10 days.

3)   The following schedule shall control the filing of dispositive motions in this case.

| | |
|---|---|
| February 10, 2006 | Defendant shall file the Administrative Record |
| March 1, 2006 | Plaintiffs shall file their Motion for Summary Judgment and Supporting Memorandum. |

---

[1] The use of the term "administrative record" is for convenience only and does not represent a decision by the Court on the issue of the nature and scope of this case. .

| | |
|---|---|
| March 29, 2006 | Defendant shall file her combined Memorandum in Support of their Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment: |
| April 14, 2006 | Plaintiffs shall file their combined Opposition to Defendant's Cross Motion for Summary Judgment and Reply in support of Plaintiffs' Motion for Summary Judgment. |
| April 28, 2006 | Defendant shall file her Reply in support of Defendant's Cross Motion for Summary Judgment, if any. |
| May 5, 2006 | Plaintiff may file a sur-reply to Defendant's reply if Plaintiff believes that Defendant's reply raises any new issues. |
| \_--------- ----, 200\_ at _____ \_.m.\_ | Oral Argument. |

4)   Initial disclosures required by Rule 26(a)(1), F.R.Civ.P, shall be dispensed with.

5)   No discovery shall be allowed except pursuant to a future order of the Court.

SO ORDERED.

_____

Royce C. Lamberth,

United States District Judge,

Dated: _____, 200\_.