UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN WALL**, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**GALE NORTON, sued in her official** )<br>**capacity as Secretary of the Interior,** )<br>**United States Department of the Interior,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1363 (RCL) |

## ORDER

This matter having come before the Court on the parties' Joint Report [12], it is hereby ORDERED that

1. Pleadings may be amended and other parties joined up until 30 days after the Defendant files the Administrative Record.[1]

2. The following schedule shall control the filing of dispositive motions in this case:

    a. February 10, 2006: defendant shall file the Administrative Record;

    b. March 1, 2006: plaintiffs shall file their Motion for Summary Judgment and Supporting Memorandum;

    c. March 29, 2006: defendant shall file her combined Memorandum in Support of their Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment;

---

[1] The use of the term "administrative record" is for convenience only and does not represent a decision by the Court on the issue of the nature and scope of this case.

    d. April 14, 2006: Plaintiffs shall file their combined Opposition to Defendant's Cross Motion for Summary Judgment and Reply in support of Plaintiffs' Motion for Summary Judgment;

    e. April 28, 2006: Defendant shall file her Reply in support of Defendant's Cross Motion for Summary Judgment, if any;

    f. May 5, 2006: Plaintiff may file a sur-reply to Defendant's reply if Plaintiff believes that Defendant's reply raises any new issues;

    g. Oral Argument will be set if the Court decides it would be helpful;

3. Initial disclosures required by Rule 26(a)(1), F.R.Civ.P., shall be dispensed with;

4. No discovery shall be allowed except pursuant to a future order of the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 15, 2005.