UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br>        Plaintiffs, <br><br>        v. <br><br> GALE NORTON, sued in her official <br> capacity as Secretary of the Interior, United <br> States Department of the Interior, <br><br>        Defendant. | Civ. No. 05-01363-RCL |

**UNOPPOSED MOTION TO RESET DEADLINES**

Federal Defendant, Gale Norton, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, by and through counsel, hereby moves the Court to reset the deadlines set forth in the Court's Scheduling Order of November 15, 2005. In support of this motion, Federal Defendant states as follows:

1.     After Plaintiffs served their Complaint in this action, the parties began to explore the possibility of settlement of this matter.

2.     Federal Defendant has sought and received two unopposed extensions of time to answer the Complaint that were explicitly predicated on allowing settlement talks to proceed. The unopposed motions were each for only two-week extensions.

3.     In Federal Defendant's second motion for an extension of time, it was noted that:

> This two week extension of time is anticipated to allow the parties time to further explore settlement possibilities. By that time, it is currently anticipated that the parties should then be far enough along in their settlement discussions that the parties would then either jointly seek a longer extension and/or stay to allow settlement to proceed towards finalization, or the parties would then realize that settlement was

unlikely and Defendant would then proceed to answer or otherwise plead and the case could then progress.

4. By the end of the second two-week extension, neither of the anticipated events had occurred. Instead, some hybrid had resulted. Settlement talks had continued, and no determination was made that settlement was unlikely, but the parties were not then far enough along in their settlement discussions to jointly seek a longer extension or stay.

5. Accordingly, to allow the case to progress while also allowing for the continuation of settlement talks, Federal Defendant answered the Complaint. This act naturally resulted in the Scheduling Order. The first deadline on this Scheduling Order is the filing of the Administrative Record on February 10, 2006.

6. Settlement talks have continued to this date. The parties now believe that settlement talks have advanced to the point that a longer extension and/or stay is warranted to allow this settlement process to proceed to its conclusion.

7. Pursuant to LCvR 7(m), Federal Defendant's counsel has conferred with Plaintiffs' counsel regarding this motion. Plaintiffs' counsel agrees with this motion.

8. Accordingly Federal Defendant requests (with Plaintiffs' concurrence) that all deadlines contained in the Scheduling Order be extended for six weeks to allow settlement to proceed towards finalization.

Respectfully submitted,

Dated: February 10, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
Wildlife and Marine Resources Section

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Federal Defendant