UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-01363-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Unopposed Motion to Reset Deadlines, that motion is GRANTED, and it is hereby ORDERED that the deadlines in the Scheduling Order dated November 15, 2005, are each extended by six weeks.

IT IS SO ORDERED,

_____          _____
DATED                            ROYCE C. LAMBERTH
                                 UNITED STATES DISTRICT JUDGE

<u>Attorneys Entitled to be Notified of Entry of Order Granting Unopposed Motion to Reset Deadlines:</u>

JOSEPH H. KIM, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
e-mail: joseph.kim@usdoj.gov

ROBERT UKEILEY
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, Kentucky 40403
Telephone: (859) 986-5402
Facsimile: (859) 986-1299
e-mail: rukeiley@igc.org