UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARILYN WALL**, *et al.*,  )<br>) <br>Plaintiffs,  ) <br>) <br>v.  ) <br>) <br>**GALE NORTON**, sued in her official  ) <br>capacity as Secretary of the Interior,  ) <br>United States Department of the Interior,  ) <br>) <br>Defendant.  ) <br>) | Civil Action No. 05-1363 (RCL) |

**ORDER**

This matter having come before the Court on Defendant's Unopposed Motion [14] to Reset Deadlines, it is hereby

ORDERED that Defendant's Unopposed Motion [14] to Reset Deadlines is GRANTED; it is further

ORDERED that the deadlines in the Scheduling Order dated November 15, 2005 are each extended by six weeks.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 23, 2006.