UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and<br>LEONARD H. FREMONT,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-01363-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED SECOND MOTION TO RESET DEADLINES**

Federal Defendant, Gale Norton, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, by and through counsel, hereby moves the Court to reset the deadlines set forth in the Court's Scheduling Order of November 15, 2005 (Docket No. 13), as further modified by this Court's Order of February 23, 2006 (Docket No. 15). In support of this motion, Federal Defendant states as follows:

1. The parties have long been attempting to settle this matter.

2. On February 10, 2006, Federal Defendant submitted an Unopposed Motion to Reset Deadlines (Docket No. 14), which sought to reset the deadlines in the Court's Scheduling Order of November 15, 2005 (Docket No. 13) to allow for the settlement process to proceed to its conclusion. This motion was granted by this Court's Order of February 23, 2006 (Docket No. 15). According to this Order, the administrative record in this case is now due on March 24, 2006.

3. While the settlement process has made substantial progress, it has not yet been completed. Accordingly Federal Defendant requests (with Plaintiffs' concurrence, obtained in

accordance with LCvR 7(m)) that all deadlines contained in the Scheduling Order be extended for an additional two weeks to allow settlement to proceed towards finalization.

Respectfully submitted,

Dated: March 24, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
Wildlife and Marine Resources Section

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Federal Defendant