UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-01363-RCL |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Unopposed Second Motion to Reset Deadlines, that motion is GRANTED, and it is hereby ORDERED that the deadlines in the Scheduling Order dated November 15, 2005 (Docket No. 13), are each extended by an additional two weeks (for total extensions of eight weeks).

IT IS SO ORDERED,

_____          _____
DATED                                ROYCE C. LAMBERTH
                                     UNITED STATES DISTRICT JUDGE

<u>Attorneys Entitled to be Notified of Entry of Order Granting Unopposed Second Motion to Reset Deadlines</u>:

| | |
|---|---|
| JOSEPH H. KIM, Trial Attorney <br> United States Department of Justice <br> Environment and Natural Resources Division <br> Wildlife and Marine Resources Section <br> Benjamin Franklin Station, P.O. Box 7369 <br> Washington, D.C. 20044-7369 <br> Telephone: (202) 305-0207 <br> Facsimile: (202) 305-0275 <br> e-mail: joseph.kim@usdoj.gov | ROBERT UKEILEY <br> Law Office of Robert Ukeiley <br> 433 Chestnut Street <br> Berea, Kentucky 40403 <br> Telephone: (859) 986-5402 <br> Facsimile: (859) 986-1299 <br> e-mail: rukeiley@igc.org |