# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN WALL, *et al*.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 05-1363 (RCL)** |
| **GALE NORTON, sued in her official** ) | |
| **capacity as Secretary of the Interior,** ) | |
| **United States Department of the Interior,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant's Unopposed Second Motion [16] to Reset Deadlines, it is hereby

ORDERED that Defendant's Unopposed Second Motion [16] to Reset Deadlines is GRANTED, and it is further

ORDERED that the deadlines in the Scheduling Order [13] dated November 15, 2005 are each extended by an additional two weeks (for total extensions of eight weeks).

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 24, 2006.