UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, sued in her official capacity as Acting Secretary of the Interior, United States Department of the Interior, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 05-01363-RCL |

## UNOPPOSED THIRD MOTION TO RESET DEADLINES

Federal Defendant, P. Lynn Scarlett, sued in her official capacity as Acting Secretary of the Interior, United States Department of the Interior,[1] by and through counsel, hereby moves the Court to reset the deadlines set forth in the Court's Scheduling Order of November 15, 2005 (Docket No. 13), as further modified by this Court's Orders of February 23, 2006 (Docket No. 15) and March 24, 2006 (Docket No. 17). In support of this motion, Federal Defendant states as follows:

1. The parties have long been attempting to settle this matter.

2. On February 10, 2006, Federal Defendant submitted an Unopposed Motion to Reset Deadlines (Docket No. 14), which sought to reset the deadlines in the Court's Scheduling Order of November 15, 2005 (Docket No. 13) to allow for the settlement process to proceed to its conclusion. This motion was granted by this Court's Order of February 23, 2006 (Docket No. 15).

3. The settlement process did not proceed as quickly as initially anticipated. Thus, on March 24, 2006, Federal Defendant submitted an Unopposed Second Motion to Reset Deadlines

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in her official capacity, P. Lynn Scarlett is automatically substituted as a Defendant in place of Gale Norton.

(Docket No. 16), which sought to again reset the deadlines in the Court's Scheduling Order of November 15, 2005 (Docket No. 13) to allow for the settlement process to proceed to its conclusion. This second motion was granted by this Court's Order of March 24, 2006 (Docket No. 17). According to this Order, the administrative record in this case is now due on April 7, 2006.

4.  The settlement process has still not yet been completed. Accordingly Federal Defendant requests an additional three (3) weeks to allow settlement to proceed towards finalization.

5.  In accordance with LCvR 7(m), counsel for the parties have conferred regarding this motion. Plaintiffs have indicated that they do not oppose this motion. Plaintiffs have further requested that their position be stated as follows: "Plaintiffs take no position on this motion but do note that they will oppose any subsequent requests for extension to file the administrative record should this request be granted."

Dated: April 7, 2006            Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
Wildlife and Marine Resources Section

    s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Federal Defendant