UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN WALL and <br> LEONARD H. FREMONT, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, sued in her official capacity as Acting Secretary of the Interior, United States Department of the Interior, <br><br> Defendant. | Civ. No. 05-01363-RCL |

**STATUS REPORT AND MOTION TO STAY SCHEDULING ORDER**

Defendant, P. Lynn Scarlett, sued in her official capacity as Acting Secretary of the Interior, United States Department of the Interior,[1] by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle covering all claims in this action. Defendant has submitted this settlement for final approval by the Justice Department, and anticipates its submission to the Court next week. Because Defendant believes that settlement is imminent, Defendant respectfully moves the Court to stay all deadlines in the Scheduling Order of November 15, 2005 (Docket No. 13), as further modified.

Dated: April 28, 2006            Respectfully submitted,

                                           SUE ELLEN WOOLDRIDGE
                                           Assistant Attorney General
                                           United States Department of Justice
                                           Environment and Natural Resources Division
                                           JEAN E. WILLIAMS, Section Chief
                                           LISA L. RUSSELL, Assistant Section Chief
                                           Wildlife and Marine Resources Section

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in her official capacity, P. Lynn Scarlett is automatically substituted as a Defendant in place of Gale Norton.

      s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL6243249)
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

Attorneys for Defendant